| | |
|---|---|
| 1 | RENE L. VALLADARES |
| | Federal Public Defender |
| 2 | State Bar No. 11479 |
| | RAQUEL LAZO |
| 3 | Assistant Federal Public Defender |
| | 411 E. Bonneville Ave., Suite 250 |
| 4 | Las Vegas, Nevada 89101 |
| | (702) 388-6577/Phone |
| 5 | (702) 388-6261/Fax |

Attorney for **DILWORTH**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-059-JAD-CWH |
| Plaintiff, | **UNOPPOSED MOTION AND ORDER TO MODIFY THE CONDITIONS OF PROBATION** |
| vs. | |
| LEONARD DILWORTH, | |
| Defendant. | |

COMES NOW, by and through counsel, Rene L. Valladares, Federal Public Defender, and RAQUEL LAZO, Assistant Federal Public Defender, counsel for LEONARD DILWORTH, that the conditions of Mr. Dilworth's probation be modified to include permission to travel outside the continental United States.

1. Defendant requests permission to travel outside the continental United States on two (2) Caribbean cruises on the following dates July 13, 2014 through July 21, 2014 and August 17, 2014 through August 24, 2014.  Mr. Dilworth's reason for travel is a family vacation to celebrate his daughter's high school graduation and acceptance into Harvard University.

2. Mr. Dilworth's probation officer, Jeffrey Short, reports that Mr. Dilworth has been fully compliant and therefore he does not oppose this request.

///

///

///

1     3.     Government counsel also has no opposition.

DATED this 19th day of June, 2014.

                                     Respectfully submitted,

                                     RENE L. VALLADARES
                                     Federal Public Defender

                                     */s/ Raquel Lazo*
By: _____
                                     RAQUEL LAZO,
                                     Assistant Federal Public Defender

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LEONARD DILWORTH,

    Defendant.

2:12-cr-059-JAD-CWH

**ORDER FOR TRAVEL**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the probation conditions of the defendant be modified to permit travel outside the continental United States on two (2) Caribbean cruises on the following dates July 13, 2014 through July 21, 2014 and August 17, 2014 through August 24, 2014 for the purpose of a family vacation to celebrate his daughter's high school graduation and acceptance into Harvard University.

Dated: June 23, 2014.

 

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on June 19, 2014, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION AND PROPOSED ORDER TO MODIFY THE CONDITIONS OF PROBATION** by electronic service (ECF) to the person named below:

DANIEL BOGDEN
United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101
CRISTINA D. SILVA
Assistant United States Attorney
333 Las Vegas Blvd. So. 5th Floor
Las Vegas, NV 89101

*/s/ Maribel Bran*
_____
Employee of the Federal Public Defender

4