RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Leonard Dilworth

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEONARD DILWORTH,<br><br>Defendant. | 2:12-cr-059-JAD-CWH<br><br>**UNOPPOSED MOTION AND ORDER TO MODIFY THE CONDITIONS OF PROBATION** |

COMES NOW, by and through counsel, Rene L. Valladares, Federal Public Defender, and RAQUEL LAZO, Assistant Federal Public Defender, counsel for LEONARD DILWORTH, that the conditions of Mr. Dilworth's probation be modified to include permission to travel outside the continental United States.

1.  Mr. Dilworth respectfully requests this court permit him to travel outside the continental United States on a 7-day Mexican Riviera cruise which ports in Puerto Vallarta and Cabo, Mexico. He will leave from Long Beach, California on February 21, 2015 and return to Long Beach on February 28, 2015. His wife and daughter will accompany him on the trip and they will be celebrating his birthday.

2.  Mr. Dilworth is fully compliant with all conditions of probation.

///

///

///

1

3.   Neither the government or probation opposes this travel request.

DATED this 11th day of February, 2015.

               Respectfully submitted,

               RENE L. VALLADARES
               Federal Public Defender

               */s/ Raquel Lazo*
       By: _____
               RAQUEL LAZO,
               Assistant Federal Public Defender

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | DISTRICT OF NEVADA |

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-059-JAD-CWH |
| Plaintiff, | **ORDER FOR TRAVEL** |
| vs. | |
| LEONARD DILWORTH, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the probation conditions of the defendant be modified to permit travel outside the continental United States on a 7-day Mexican Riviera cruise which ports in Puerto Vallarta and Cabo, Mexico. He will leave from Long Beach, California on February 21, 2015 and return to Long Beach on February 28, 2015. His wife and daughter will accompany him on the trip and they will be celebrating his birthday.

DATED this 13th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE